# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

FILED SEP - 5 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.

Case Number:  1:06MJ560

Can Bayson
Defendant.

Defendant's Attorney
Patrick O'Donnell, Esq.

07CRIM. 415

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) 2

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 36 CFR SEC 4.23(a)(2) | D.W.I. w/bac of 0.08% or more | Petty | 7/20/2006 | 2 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

On motion of the United States, the Court has dismissed Count(s) 1, 3, and 4

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

September 5, 2006
Date of Imposition of Judgment

/s/ Theresa Carroll Buchanan
Honorable Theresa Carroll Buchanan
United States Magistrate Judge

September 5, 2006
Date

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case                                      Page 2 of 5
    Sheet 4 - Probation

Defendant's Name:    Can Bayson
Case Number:         1:06MJ560

# PROBATION

The defendant is hereby placed on supervised probation for a term of: Two (2) Years.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.
    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
    The defendant shall not commit another federal, state or local crime.
    The defendant shall not unlawfully possess or use a controlled substance. The defendant shall submit to one drug test withing 15 days of release from custody and periodic drug tests thereafter, as determined by the Court.
    If this judgment imposes a fine or restitution obligation , it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4A - Probation

Page 3 of 5

Defendant's Name:   Can Bayson  
Case Number:        1:06MJ560

# SPECIAL CONDITIONS OF PROBATION

While on probation, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) Commencing September 5, 2006, and continuing for one (1) year, the defendant may operate a motor vehicle only (a) to and from work, (b) during the course of work if required as an incident of employment, and (c) to and from this Court, the probation office and an alcohol education program which the defendant shall enter and successfully complete at the direction of the probation officer.

2) The defendant shall serve seven (7) days incarceration, weekends permitted at the direction of the probation officer.

3) Travel Restricitons shall be removed as conditions of probation in this case.

4) Probation shall be transfered to New York.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case          Page 4 of 5
    Sheet 5 - Criminal Monetary Penalties

Defendant's Name:    Can Bayson
Case Number:         1:06MJ560

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 2 | $10.00 | $500.00 | $0.00 |
| TOTALS: | $10.00 | $500.00 | $0.00 |

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 5 of 5

| | |
|---|---|
| Defendant's Name: | Can Bayson |
| Case Number: | 1:06MJ560 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be paid within 30 days.

The fine shall be paid within 30 days.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in this Order shall prohibit the collection of any judgment or fine by the United States.