

P49756/M. Hoyer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07CRIM. 415**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Miranda Hoyer, USPOA |
| **RE:** | Can Bayson |
| **DATE:** | March 9, 2007 |
| | |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 5, 2006, the above-named individual was sentenced as outlined in the attached J & C. In February 2007, we received a letter from the Eastern District of Virginia, advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Bayson's transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5078.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Miranda Hoyer
U.S. Probation Officer Assistant